PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Patrick Wayne Jarmuzek**

**Docket No. 0:02CR00345-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Patrick Wayne Jarmuzek** who was sentenced for Distribution of Methamphetamine in Excess of 50 Grams on June 12, 2003, by the Honorable Donovan W. Frank, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold
Participate in drug/alcohol treatment program
Mandatory drug testing
Provide DNA
Psychological/psychiatric counseling/treatment
Take prescribed medication

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On April 21, 2006, the defendant was arrested by the Minnetonka Police Department on the charges of Theft by Swindle over $500.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 3rd day of May, 2006, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

For Karen L. Godin
U.S. Probation Officer

Executed on May 2, 2006
Place Minneapolis

SCANNED
MAY 04 2006
U.S. DISTRICT COURT ST. PAUL