**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: BOYLAN<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: 02-345 DWF |
| | ) | Date: 5/18/06 |
| PATRICK WAYNE JARMUZEK, | ) | Court Reporter: None |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 1:55 p.m. |
| | | Time Concluded: 1:59 p.m. |
| | | Time in Court: 4 Minutes |

## APPEARANCES:

**Plaintiff:** Andrew Dunne
Assistant U.S. Attorney

**Defendant:** Andrew Mohring

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Date Charges Filed: 5/3/06 Offense: Violation of Supervised Release

√ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ Government moves for detention.
Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

√ **Defendant is released on same Bond conditions as previously imposed.**

Next appearance date is May 30, 2006 at 2:30 p.m., before Judge Donovan W. Frank for:

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ final revocation

Additional Information:
Counsel are to contact Judge Frank's chambers as to what courtroom the final revocation will be held.

s/Kathy Thobe
Signature of Judicial Assistant