# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SUPERVISED RELEASE HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PATRICK WAYNE JARMUZEK,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No: 02-345(01)(DWF/SRN)<br>Date: June 21, 2006<br>Court Reporter: JEANNE ANDERSON<br>Time Commenced: 9:15<br>Time Concluded: 9:35<br>Time in Court: Hour & 20 Minutes |

Before DONOVAN W. FRANK, United States Judge, at ST PAUL, Minnesota.

APPEARANCES:

For Plaintiff: FRANK MAGILL
For Defendant: ANDREW MOHRING ☐ FPD ☐ CJA ☐ Retained ☐ Appointed

PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☒ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☒ **The Defendant shall serve 10 DAYS in the custody of the Bureau of Prisons or intermittent confinement consisting of 5 consecutive days on two consecutive weeks from Monday to Friday to be able to continue employment on weekends. Upon release defendant shall continue on supervised release.**
☒ Defendant shall be on Voluntary Surrender Program. **Upon designation the defendant shall surrender to the U.S. Marshall in Minneapolis, Minnesota by the date and time ordered and be transported to the facility by the U.S. Marshal.** If no institution designated by July 24, 2006, at 12:00 PM, defendant shall surrender to the U.S. Marshal in Minneapolis, Minnesota by that date and time.

s/Lowell Lindquist
Deputy Clerk