AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**PATRICK WAYNE JARMUZEK**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-345(01)(DWF/SRN)**
USM Number: **10687-041**
Social Security Number: **7697**
Date of Birth: **1971**

**Andrew Mohring**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant was arrested on charges of theft by swindle. | 4/21/206 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**JUNE 23, 2006**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**JUNE 23, 2006**
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: PATRICK WAYNE JARMUZEK
CASE NUMBER: 02-345(01)(DWF/SRN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 DAYS. The Defendant shall serve 10 DAYS on intermittent confinement in the custody of the Bureau of Prisons consisting of five consecutive days on two consecutive weeks from Monday to Friday so defendant may to be able to continue employment on weekends**.

[] The court makes the following recommendations to the Bureau of Prisons:

[] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[**X**] The defendant shall be on Voluntary Surrender Program and surrender for service of sentence:
[**X**] before **12:00 PM** on **Monday, July 24, 2006.**
**Upon designation the defendant shall surrender to the U.S. Marshall in Minneapolis, Minnesota by the date and time ordered and be transported to the facility by the U.S. Marshal.**
If no institution designated by July 24, 2006, at 12:00 PM, defendant shall surrender to the U.S. Marshal in Minneapolis, Minnesota by that date and time.
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________ to ______________________

at ____________________ , with a certified copy of this judgment.

______________________
United States Marshal

By ______________________
Deputy United States Marshal

DEFENDANT: PATRICK WAYNE JARMUZEK
CASE NUMBER: 02-345(01)(DWF/SRN)

# SUPERVISED RELEASE

**Upon release from imprisonment, the defendant shall continue on supervised release until completion of the sentence under same terms and conditions.**