**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 02-345(1) (DWF/SRN)

Plaintiff,

v. **ORDER APPOINTING COUNSEL**

Patrick Wayne Jarmuzek,

Defendant.

---

Andrew S. Dunne, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Katherian D. Roe, Federal Public Defender, Federal Public Defender's Office, counsel for Defendant.

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a zero tolerance supervised release violation hearing scheduled for 2:00 p.m., Thursday, September 28, 2006, in Courtroom 13W, 13th Floor, 300 Fourth Street, Minneapolis, Minnesota.

Dated: September 22, 2006

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court