PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Patrick Wayne Jarmuzek**

**Docket No. 0:02CR00345-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Patrick Wayne Jarmuzek** who was sentenced for Distribution of Methamphetamine in Excess of 50 Grams on June 12, 2003, by the Honorable Donovan W. Frank, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment program; psychological/psychiatric counseling/treatment; and take prescribed medication

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

The defendant tested positive for the use of methamphetamine on September 21, 2006.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on September 28, 2006, at 2:00 pm to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 25th day of September, 2006, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
U.S. Probation Officer

Executed on September 22, 2006
Place Minneapolis

cc: U.S. Attorney's Office
Federal Defender's Office

SCANNED
SEP 2 6 2006
U.S. DISTRICT COURT ST. PAUL

SEP 25 2006
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK