**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

PATRICK WAYNE JARMUZEK,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: DONOVAN W. FRANK
U.S. Judge

Case No: 02-345(01)(DWF/SRN)
Date: September 28, 2006
Court Reporter: JEANNE ANDERSON
Tape Number:
Time Commenced: 3:15
Time Concluded: 3:30
Time in Court: Hours & 15 Minutes

## APPEARANCES:

Plaintiff: ANDREW DUNNE, Assistant U.S. Attorney
Defendant: ANDREW MOHRING ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Zero Tolerance Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☒ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☒ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☒ Defendant sentenced **with Bureau of Prisons from Saturday, October 7, 2006 at 12:00 PM to Monday, October 9, 2006 at 12:00 PM. Defendant on voluntary surrender. Supervision to continue thereafter.**
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued.
☐ Defendant, as an added condition of supervision, is sentenced to:

s/Lowell Lindquist
Deputy Clerk