PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Patrick Wayne Jarmuzek**

**Docket No. 0:02CR00345-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Patrick Wayne Jarmuzek** who was sentenced for Distribution of Methamphetamine in Excess of 50 Grams on June 12, 2003, by the Honorable Donovan W. Frank, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment; psychological/psychiatric counseling/treatment; and take prescribed medication

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

The defendant missed urinalysis tests on December 21 and 29, 2006; and January 3, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9 p.m. until 6 a.m. the following day for the purposes of alcohol testing at the direction of the U.S. Probation Officer.

ORDER OF THE COURT

Considered and ordered this 12th day of January, 2007, ~~and ordered~~ filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
Senior U.S. Probation Officer

Executed on January 10, 2007
Place Minneapolis

SCANNED
JAN 12 2007
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission