**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
Patrick Wayne Jarmuzek, )
)
Defendant. )

COURTROOM MINUTES - CRIMINAL
BEFORE: JEANNE J. GRAHAM
U.S. MAGISTRATE JUDGE

Case No: CR 02-345(1) DWF/SRN
Date: 04/02/07
Court Reporter: N/A
Tape Number: 71/2733-3473
Time Commenced: 3:10 p.m.
Time Concluded: 3:15 p.m.
Time in Court: 5 Minutes

APPEARANCES:

Plaintiff: Andy Dunne, Assistant U.S. Attorney

Defendant: Scott Tilsen √ To be appointed

Interpreter / Language: N/A // ENGLISH

Date Charges Filed: 03/14/07 Offense: **Violation of Supervised Release**

√ Waived Reading of Charges √ Advised of Rights

on Violation of √ Supervised Release

√ Government moves for detention.

Motion is √ granted, temporary detention ordered

Next appearance date is Wednesday, April 4, 2007 at 1:30 p.m. before U.S. Magistrate Judge Graham for:
√ detention hrg √ preliminary revocation

Additional Information:

s/AR
Criminal Duty Clerk