**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JEANNE J. GRAHAM |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-345(1) DWF/SRN |
| | ) | Date: 04/04/07 |
| Patrick Wayne Jarmuzek, | ) | Court Reporter: None |
| | ) | Tape Number: 74/1083-3264 |
| Defendant. | ) | Time Commenced: 1:55 p.m. |
| | ) | Time Concluded: 2:15 p.m. |
| | ) | Time in Court: 20 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**
Time in Court 5 min. Prelim / 15 min Det:

APPEARANCES:

Plaintiff: Andy Dunne, Assistant U.S. Attorney
Defendant: Andrew Mohring
√ FPD

Interpreter / Language: None/English

On Warrant for Violation of √ Supervised Release

√ Defendant Bound Over to District Court of Minnesota.

√ Defendant Ordered Detained - Government to submit proposed Order.

Additional Information:
Defendant waived preliminary hearing. Counsel to contact Judge Frank's chambers for final revocation hearing date.

_s/AR____
Criminal Duty Clerk