UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-0345

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) ORDER
V. )
)
)
PATRICK WAYNE JARMUZEK, )
)
Defendant. )

The defendant, Patrick Jarmuzek, has been receiving medical and psychological treatment. He suffers from a herniated disc at his C6 vertebrate, for which he receives both medication and physical therapy. In order to protect his health and well being and to ensure that he is able to assist in his defense, the it is necessary that his treatment continue.

Therefore, IT IS ORDERED that: The U.S. Marshals Service and any facility detaining Mr. Jarmuzek shall ensure he receives all of the medication and treatment that he has been prescribed for his conditions, at the dosages prescribed. Counsel for Mr. Jarmuzek will provide documentation to the Court and to the Marshals Service of these prescriptions. The medical staff at whatever facility into which Mr. Jarmuzek is placed will provide Mr. Jarmuzek with his prescribed dosages. The U.S. Marshals will assist with the facilitation of this treatment.

This order is to be carried out without delay.

Date: 4/4/07

_s/Jeanne J. Graham_

Honorable Jeanne J. Graham