UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-345(DWF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK WAYNE JARMUZEK,<br><br>Defendant. | ) | **ORDER** |

This matter came on before the Court on April 4, 2007, for a preliminary and detention hearing pursuant to a Petition of the United States for Revocation of Supervised Release and for an initial appearance on a criminal complaint issued in Criminal No. 07-MJ-154(JJG). The defendant was present and represented by Assistant Federal Defender Andrew H. Mohring. The United States was represented by Assistant U.S. Attorney Andrew Dunne.

**FINDINGS OF FACT**

1. Defendant was sentenced by the Honorable Donovan W. Frank, United States District Court Judge, on June 12, 2003, who fixed the period of supervision at four (4) years Supervised Release. Judge Frank imposed general terms and conditions and also imposed special terms and conditions including mandatory drug testing and participation in a drug/alcohol treatment program and psychological/psychiatric counseling/treatment.

2. On March 28, 2007, an Amended Petition on Supervised Release was submitted by the U.S. Probation Office alleging the defendant violated the terms and conditions of his Supervised Release by testing positive for the use of methamphetamine, missing

scheduled urinalysis tests, failing to report as directed to his supervising Probation Officer, and engaging in new criminal conduct.

3. On April 4, 2007, a criminal complaint was issued charging the defendant with two counts of distribution of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

4. On April 4, 2007, the defendant appeared before this Court and through counsel waived his right to a preliminary hearing concerning the violations of his Supervised Release as alleged in the Amended Petition. Accordingly, probable cause exists to believe that the defendant violated the terms of his Supervised Release.

5. On the issue of detention, the defendant has a prior criminal history including a previous federal conviction for a narcotics violation. Defendant also has a prior history for failing to follow the terms and conditions of pretrial release and Supervised Release including a failure to report to his supervising Probation Officer.

6. No conditions or combination of conditions of release will reasonably assure the safety of the community and the appearance of the defendant.

THEREFORE, IT IS HEREBY ORDERED that:

1. The motion of the United States for detention without bond is GRANTED;

2. Defendant shall be committed to the custody of the

Attorney General pending the final revocation of Supervised Release hearing to be scheduled before Judge Donovan W. Frank. Defendant shall be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the correctional facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: April 6, 2007

s/Jeanne J. Graham
JEANNE J. GRAHAM
United States Magistrate Judge