A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED

APR 04 2007

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-345 DWF/SRN**

0741-0328-0672-0

Patrick Wayne Jarmuzek

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Patrick Wayne Jarmuzek

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: Richard H. Kyle , W. FUnited States District Court Judge.

March 28, 2007 at St. Paul, MN

(By) Mary Kay Furchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 3-29-07
ARRESTED BY Hopkins PD
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
APR 05 2007
U.S. DISTRICT COURT MPLS