UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Nos. 02-345(1) (DWF/SRN) and 07-mj-154 (JJG)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR TEMPORARY |
| v. | ) | RELEASE |
| | ) | |
| PATRICK WAYNE JARMUZEK, | ) | |
| | ) | |
| Defendant. | ) | |

Patrick Wayne Jarmuzek, through counsel, respectfully moves the Court for an Order directing the United States Marshal to release Mr. Jarmuzek from the U.S. courthouse in Minneapolis, Minnesota to the custody of the Office of the Federal Defender for the District of Minnesota, on Wednesday, May 2, at or before12:00 p.m., for a pre-operation physical to be performed at Southside Community Medical Clinic. In turn, the Office of the Federal Defender will bring Mr. Jarmuzek to and from the Southside Clinic, and will return him to the United States Marshal in Minneapolis on May 2, at or before 4:00 p.m., upon completion of the physical.

We in addition move the Court for an Order directing the United States Marshal to release Mr. Jarmuzek from the U.S. Courthouse in Minneapolis, Minnesota, to the custody of the Office of the Federal Defender for the District of Minnesota on Friday, May 4, 2007, at or before 6:00 a.m., for the purpose of back and neck surgery. The physician who will conduct the surgery is Dr. Michael McCue of Neurosurgical

Associates. The surgery will be performed at the Abbott Northwestern Hospital. In turn, the Office of the Federal Defender will return Mr. Jarmuzek to the custody of the United States Marshal in Minneapolis, upon his discharge from the hospital.

This motion is made pursuant to 18 U.S.C. § 3142 (i) (final paragraph) and all files, records, and proceedings herein.

A draft order is attached.

Dated: April 27, 2007

Respectfully submitted,

***s/ Andrew H. Mohring***

ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
Minneapolis, MN 55415