# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER** |
| v. | |
| PATRICK WAYNE JARMUZEK, Defendant. | Criminal Nos: 02-345 (1) (DWF/SRN) 07-mj-154 (JJG) |

I hereby certify that on April 27, 2007, I caused the following document:

Defendant's Motion for Temporary Release

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Andrew Dunne
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

I further certify that I caused the proposed order to be filed with the court via e-mail to the judicial officer hearing the motion:

Honorable Susan Richard Nelson
Honorable Jeanne J. Graham

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Andrew Dunne
Assistant U.S. Attorney
SERVED VIA E-MAIL

Dated: April 27, 2007

***s/ Andrew H. Mohring***
ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415