**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: NELSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 07-147 JRT/JSM; |
| | ) | CR 02-345 DWF/SRN |
| Patrick Wayne Jarmuzek, | ) | Date: 05/02/07 |
| | ) | Court Reporter: None |
| Defendant. | ) | Tape Number: 81/2856-3521 |
| | ) | Time Commenced: 11:25 a.m. |
| | ) | Time Concluded: 11:35 a.m. |
| | | Time in Court: 10 Minutes |

√ **DETENTION HRG**

APPEARANCES:

Plaintiff: Andy Dunne, Assistant U.S. Attorney
Defendant: Andrew Mohring
√ FPD

Interpreter / Language: None / English

On √ Indictment and Violation of Supervised Release

√ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

Additional Information:
Defendant also arraigned; see separate minutes.

_s/AR_____
Criminal Duty Clerk