UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Nos. 07-147 (JRT/JSM) and 02-345(1) (DWF/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>PATRICK WAYNE JARMUZEK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

Based on the motion on Mr. Jarmuzek's behalf for an Order granting temporary custody of him to the Office of the Federal Defender, IT IS ORDERED that:

The United States Marshal is to release Mr. Jarmuzek from the U.S. courthouse in Minneapolis, Minnesota to the custody of the Office of the Federal Defender for the District of Minnesota, on Wednesday, May 2, at or before12:00 p.m., for a pre-operation physical to be performed at Southside Community Medical Clinic. The Office of the Federal Defender will transport Mr. Jarmuzek to and from the Southside Clinic, and will return him to the United States Marshal in Minneapolis on May 2, at or before 4:00 p.m., upon completion of the physical.

The United States Marshal is to release Mr. Jarmuzek from the U.S. Courthouse in Minneapolis, Minnesota, to the custody of the Office of the Federal Defender for the District of Minnesota on Friday, May 4, 2007, at or before 6:00 a.m., for the purpose of back and neck surgery. The Office of the Federal Defender will transport Mr. Jarmuzek to and from Abbott Northwestern Hospital. Following his discharge from the hospital,

Mr. Jarmuzek shall reside at a halfway house under the direction and supervision of the Office of Pre-Trial Services.

Date: May 2, 2007

s/Susan Richard Nelson
Honorable Susan Richard Nelson
U.S. Magistrate Judge