**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Patrick Wayne Jarmuzek (1),
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 02-345(1) (DWF/SRN) |
| Date: | June 5, 2008 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 3:58 pm |
| Time Concluded: | 4:03 pm |
| Time in Court: | 5 Minutes |

## APPEARANCES:

Plaintiff: Michael Dees, Assistant U.S. Attorney
Defendant: Andrew Mohring ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Defendant is sentenced to:12 months custody of BOP to run concurrent with 07-147(2) JRT
With no supervision to follow on 02-345
☒ Written order to be issued - J&C.

s/ Holly A. Morley
Calendar Clerk